**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 DEC -5 AM 9:32
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| WARREN WILKES FRASER, | * | |
| Plaintiff, | * | |
| v. | * | CV 312-078 |
| CITY OF WRIGHTSVILLE, | * | |
| Defendant. | * | |

**O R D E R**

On December 4, 2012, the parties in the captioned case filed a "Stipulation of Dismissal," indicating that they have reached a settlement agreement. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE